O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GONZALEZ, | Case No. ED CV 11-525-MWF (SP) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| DOMINGO URIBE, Jr., Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected.

The Court has also noted that, in his objections, petitioner attempts to raise a new claim of ineffective assistance of counsel, citing *United States v. Harfst*, 168 F.3d 398 (10th Cir. 1999), as authority for raising a new claim in rejections to a report and recommendation. But in *Harfst*, the court was considering a criminal defendant's first collateral attack in a 28 U.S.C. § 2255 motion. *Id.* at 399-401. Petitioner here seeks relief from a state court conviction under 28 U.S.C. § 2254, which, inter alia, requires exhaustion of state court remedies before habeas relief

may be granted by a federal court.  *See* 28 U.S.C. § 2254(b)(1).  This Court will not consider the unexhausted ineffective assistance claim suggested by petitioner through his objections.

The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  September 28, 2012   _____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2