O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GONZALEZ,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>DOMINGO URIBE, Jr., Warden,<br><br>　　　　　　Respondent. | Case No. ED CV 11-525-MWF (SP)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 28, 2012　　　　_____

　　　　　　　　　　　　　　　　HONORABLE MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE